CUSHMAN & WAKEFIELD, INC., Appellant, v. GENERAL MOTORS CORPORATION, Respondent.—

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.